1  Stephen M. Lobbin
   sml@smlavvocati.com
2  SML AVVOCATI P.C.
   888 Prospect Street, Suite 200
3  San Diego, California 92037
   (949) 636-1391 (Phone)
4
   *Attorneys for Plaintiff*
5  DIGITAL VERIFICATION SYSTEMS, LLC

6              UNITED STATES DISTRICT COURT
7              NORTHERN DISTRICT OF CALIFORNIA
8              SAN FRANCISCO DIVISION

|  |  |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC,<br><br>   Plaintiff,<br><br>   vs.<br><br>YOTI, INC.,<br><br>   Defendant. | Case No. 3:22-cv-02645-JSC<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a).** |

Plaintiff Digital Verification Systems, LLC ("Plaintiff") and Defendant Yoti, Inc. ("Defendant"), by and through counsel, and pursuant to Civil L.R. 6-1(a), hereby stipulate as follows:

   1. WHEREAS, Plaintiff Digital Verification Systems, LLC, ("Plaintiff") filed the Complaint in this matter on May 1, 2022 (Dkt. 1).

   2. WHEREAS, Plaintiff served the Complaint on Defendant on May 9, 2022 (Dkt. 10).

   3. WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendant's responsive pleading is due on May 31, 2022.

1

4. WHEREAS, in light of the ongoing discussions between Plaintiff and Defendant (the "Parties"), the Parties have agreed to extend Defendant's time to answer, move, or otherwise respond to the Complaint thirty (30) days to June 30, 2022.

5. WHEREAS, extending Defendant's time to answer, move, or otherwise respond to the Complaint will not impact any other deadlines in this case.

6. WHEREAS, Plaintiff files this motion with Defendant's consent because Defendant's counsel have not yet appeared in this matter.

WHEREFORE, the Parties hereby stipulate and agree that the new deadline for Defendant to answer, move, or otherwise respond to the Complaint shall be June 30, 2022.

Dated:     May 27, 2022          SML AVVOCATI, P.C.

/s/ *Stephen M. Lobbin*
Stephen M. Lobbin
sml@smlavvocati.com
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorneys for Plaintiff*
DIGITAL VERIFICATION SYSTEMS, LLC

SMITH ANDERSON BLOUNT DORSETT MITCHELL & JERNIGAN LLP

/s/ *Kelsey I. Nix*
Kelsey I. Nix
knix@smithlaw.com
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601
(919) 821-1220

*Attorneys for Defendant*
YOTI, INC.